

# NUMBER 13-21-00388-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JOSHUA BEAUREGARD,                                                          Appellant,

v.

THE STATE OF TEXAS,                                                          Appellee.

### On appeal from the 36th District Court
### of San Patricio County, Texas.

## ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Benavides and Longoria**
**Order Per Curiam**

This cause is before the Court regarding the appellant's failure to file a designation and make arrangements for preparation of the clerk's record. On December 30, 2021, the Clerk of this Court notified appellant that the clerk's record was originally due on December 27, 2021, and that the deputy clerk, Ernestina Roblez, notified this Court that appellant failed to file a designation and make payment arrangements for preparation of

the clerk's record. Appellant was advised that, if the defect was not corrected within ten days from the date of the Court's notice, the matter would be referred to the Court for appropriate action. *See* TEX. R. APP. P. 37.3(c)(1). Appellant failed to file a response and failed to furnish proof that arrangements have been made for the preparation of the clerk's record.

This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See id*. Accordingly, this appeal is abated and the cause remanded to the trial court.

Upon remand, the trial court shall utilize whatever means necessary to make appropriate findings and recommendations concerning the following: (1) whether appellant has abandoned his appeal; (2) whether his present attorney will diligently pursue the appeal; (3) if it be determined that the present attorney will not diligently pursue the appeal, whether appellant is indigent, and if so, whether other counsel should be appointed to represent him; (4) if appellant is not indigent and the present attorney will not diligently pursue the appeal, what steps need to be taken to ensure that appellant will promptly obtain the services of another attorney to pursue the appeal; and (5) if any other orders are necessary to ensure the proper and timely pursuit of appellant's appeal. If new counsel is appointed, the name, address, telephone number, email address, and state bar number of said counsel shall be included in an order appointing counsel.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding this matter, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a reporter's record of any proceedings to be

2

prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court within thirty days from the date of this order.

PER CURIUM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
21st day of January, 2021.